## WAYNE, administrator, *v.* BAGBY.

RUSSELL, Chief Justice. 1. There is no merit in any of the special grounds of the motion for a new trial.

2. Under the pleadings and the evidence the jury were authorized to render the verdict returned by them, and the court did not err in overruling the motion for a new trial. *Judgment affirmed. All the Justices concur.*

No. 10114. FEBRUARY 15, 1935.

ADHERED TO ON REHEARING, FEBRUARY 26, 1935.

*G. Fred Kelley,* for plaintiff.
*Wheeler & Kenyon,* for defendant.